AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Diane | Utica, NY | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #3 |
| 4. | Co-Trustee | Trust #4 |
| 5. | Co-Executor | mother's estate |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Troy Web Consulting LLC - salary |
| 2. | 2015 | self-employed elder caregiver |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Central NY and Capital District Bankruptcy Bar Assns. | 10/23/2015-10/24/2015 | Cooperstown, NY | Bar Associations Annual Bankruptcy Conferernce | mileage, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #1 | | | | | | | | | |
| 2. | -Fidelity Advisors Small Cap Fund Class A | A | Int./Div. | J | T | | | | | |
| 3. | -Henderson Global Investors Intl Opport Fund A | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 4. | -Mainstay Large Cap Growth Fund Class A | A | Int./Div. | J | T | | | | | |
| 5. | -MFS Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 6. | -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 7. | -PIMCO Total Return Fund Class A | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 8. | -USB Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 9. | -JP Morgan Core Bond Fund Select | A | Int./Div. | | | Buy (add'l) | 03/30/15 | J | | |
| 10. | | | | | | Sold | 11/16/15 | J | A | |
| 11. | -Virtus Multi-Sector Short Term Bond Fund Class A | A | Int./Div. | J | T | Buy (add'l) | 03/30/15 | J | | |
| 12. | -Manning & Napier FD, Inc. World Opportunities | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 13. | | | | | | Sold (part) | 07/02/15 | J | A | |
| 14. | -USB PACE Large Company Growth Equity Investment Fund Class | A | Int./Div. | J | T | | | | | |
| 15. | -UBS PACE Intl Emerging Mkts Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 16. | -UBS PACE Large Company Value Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 17. | -UBS PACE International Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -UBS PACE Small/Medium Co Value Equity Investment Fund | A | Int./Div. | J | T | | | | | |
| 19. -UBS Global Real Estate Securities Investment Fund Class P (Y) | | | | | | | | | |
| 20. -UBS Government Sec Fixed Income Investment Fund | A | Int./Div. | J | T | | | | | |
| 21. -UBS Strategic Fixed Income Investment Fund Long | A | Int./Div. | J | T | | | | | |
| 22. -UBS High Yield Investments Class P | A | Int./Div. | J | T | | | | | |
| 23. -CSRSX | A | Int./Div. | J | T | | | | | |
| 24. -GTEYX | A | Int./Div. | J | T | | | | | |
| 25. -FMI Large Cap Fund | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | B | |
| 26. -Riverpark/Wedgewood Retail Funds | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | B | |
| 27. -DDMSX | A | Int./Div. | J | T | | | | | |
| 28. -UBS PACE Small/Medium Co Growth Equity Inv Class P | A | Int./Div. | J | T | | | | | |
| 29. -UBS PACE International Fixed Investment Class P | A | Int./Div. | J | T | | | | | |
| 30. -UBS PACE Alternative Strategies Investments Class P | A | Int./Div. | J | T | | | | | |
| 31. -SPY | A | Int./Div. | K | T | Buy (add'l) | 04/01/15 | J | | |
| 32. | | | | | Sold (part) | 04/02/15 | J | C | |
| 33. -JVMIX | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | B | |
| 34. -BND | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -AQMNX | A | Int./Div. | J | T | | | | | |
| 36.  -JHAIX | A | Int./Div. | J | T | Buy (add'l) | 03/30/15 | J | | |
| 37.  -MFLDX | A | Int./Div. | J | T | | | | | |
| 38.  -UBS PACE Interim Fixed Income | A | Int./Div. | J | T | | | | | |
| 39.  -IWR | A | Int./Div. | | | Sold | 04/02/15 | J | B | |
| 40.  -OOSYX | A | Int./Div. | J | T | | | | | |
| 41.  -BGCIX | A | Int./Div. | J | T | | | | | |
| 42.  -RLSIX | A | Int./Div. | J | T | | | | | |
| 43.  -ICEUX | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 44.  -TGLDX (Y) | | | | | | | | | |
| 45.  -NMPAX | A | Int./Div. | J | T | | | | | |
| 46.  -GMF | A | Int./Div. | | | Sold (part) | 09/11/15 | J | A | |
| 47. | | | | | Sold (part) | 09/14/15 | J | A | |
| 48. | | | | | Sold | 09/15/15 | J | A | |
| 49.  -VTI | A | Int./Div. | | | Sold | 04/07/15 | K | A | |
| 50.  -BMDIX | A | Int./Div. | J | T | Sold (part) | 03/31/15 | J | A | |
| 51.  -CWSIX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GACIX | A | Int./Div. | | | Sold | 03/31/15 | J | A | |
| 53. -IEF | A | Int./Div. | J | T | Buy (add'l) | 03/30/15 | J | | |
| 54. -BNDX | A | Int./Div. | | | Sold (part) | 04/07/15 | J | A | |
| 55. | | | | | Sold | 10/15/15 | J | A | |
| 56. -CLSIX | A | Int./Div. | J | T | | | | | |
| 57. -BGLSX | A | Int./Div. | J | T | | | | | |
| 58. -BHYIX | A | Int./Div. | J | T | Buy | 03/30/15 | J | | |
| 59. -Delaware Diversified Income I | A | Int./Div. | J | T | Buy | 03/30/15 | J | | |
| 60. -EWJ | A | Int./Div. | J | T | Buy | 04/01/15 | J | | |
| 61. | | | | | Sold (part) | 10/16/15 | J | A | |
| 62. -EZU | A | Dividend | J | T | Buy | 10/13/15 | J | | |
| 63. -EFA | A | Int./Div. | J | T | Buy | 04/01/15 | J | | |
| 64. -ACWX | A | Int./Div. | J | T | Buy | 07/01/15 | J | | |
| 65. -HEDJ | A | Int./Div. | J | T | Buy | 04/01/15 | J | | |
| 66. -LQD | A | Int./Div. | J | T | Buy | 10/09/15 | J | | |
| 67. -LSIIX | A | Int./Div. | J | T | Buy | 03/30/15 | J | | |
| 68. -PONPX | A | Int./Div. | J | T | Buy | 11/13/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage Account #2 | | | | | | | | | |
| 70. NYS Retirement Plan - no control (spouse) | | None | N | T | | | | | |
| 71. Trustco | A | Interest | J | T | | | | | |
| 72. Keybank | A | Int./Div. | M | T | | | | | |
| 73. SEFCU | A | Interest | K | T | | | | | |
| 74. Citizens | A | Interest | K | T | | | | | |
| 75. Berkshire | A | Interest | K | T | | | | | |
| 76. Brokerage Account #3 | | | | | | | | | |
| 77. Morgan Stanley Bank N.A. | A | Interest | K | T | Open | 10/15/15 | L | | |
| 78. -IWR | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 79. -IJH | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 80. -IJR | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 81. -IWM | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 82. -FNX | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 83. -FYX | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 84. -EWJ | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 85. -DIA | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -FEZ | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 87. -SPY | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 88. -VGK | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 89. -VPL | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 90. Trust #1 | F | Int./Div. | O | T | | | | | |
| 91. James S. Davis -buyout of 50% int in decedent's ownership of warehouse | E | Interest | M | T | | | | | |
| 92. -Bank Deposit Program Citibank | A | Int./Div. | J | T | | | | | |
| 93. -XOM | A | Int./Div. | K | T | | | | | |
| 94. -MS Liquid Asset Fund | A | Int./Div. | N | T | | | | | |
| 95. -EEM (Y) | | | | | | | | | |
| 96. -Goldman Sacs Group Corporate Bond | A | Interest | | | Matured | 01/12/15 | J | A | |
| 97. -VZ | A | Dividend | J | T | | | | | |
| 98. -JNJ | A | Dividend | K | T | | | | | |
| 99. -IBM | A | Dividend | J | T | Sold (part) | 02/10/15 | K | C | |
| 100. -MSFT | A | Dividend | K | T | | | | | |
| 101. -MRK | A | Dividend | K | T | | | | | |
| 102. -HD | A | Dividend | J | T | Sold (part) | 02/10/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -INTC | A | Dividend | J | T | | | | | |
| 104. -UTX | A | Dividend | J | T | Sold (part) | 02/10/15 | J | D | |
| 105. -AXP | A | Dividend | J | T | Sold (part) | 02/10/15 | J | B | |
| 106. -BA | A | Dividend | J | T | Sold (part) | 02/10/15 | J | D | |
| 107. -T | A | Dividend | J | T | | | | | |
| 108. -PFE | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 109. | | | | | Sold | 05/01/15 | J | C | |
| 110. -JPM | A | Dividend | J | T | | | | | |
| 111. -PG | A | Dividend | K | T | | | | | |
| 112. -WMT | A | Dividend | J | T | Sold (part) | 02/10/15 | J | C | |
| 113. -DD | A | Dividend | K | T | | | | | |
| 114. -GE | A | Dividend | K | T | | | | | |
| 115. -DIS | A | Dividend | J | T | Sold (part) | 02/10/15 | J | D | |
| 116. -KO | A | Dividend | J | T | | | | | |
| 117. -CVX | A | Dividend | | | Sold (part) | 02/10/15 | J | A | |
| 118. | | | | | Sold | 08/05/15 | J | A | |
| 119. -CSCO | A | Dividend | J | T | Sold (part) | 02/10/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -WFC | A | Dividend | K | T | | | | | |
| 121. -Proctor & Gamble Co | A | Interest | | | Matured | 12/15/15 | J | A | |
| 122. -E.I. Du Pont De Nemours | A | Interest | J | T | | | | | |
| 123. -JSOSX | A | Int./Div. | | | Buy (add'l) | 06/18/15 | J | | |
| 124. | | | | | Sold | 10/01/15 | K | A | |
| 125. -CAT | A | Dividend | J | T | Sold (part) | 02/10/15 | J | A | |
| 126. -F | A | Dividend | J | T | | | | | |
| 127. -USB | A | Dividend | J | T | Sold (part) | 02/10/15 | J | B | |
| 128. -UNH | A | Dividend | J | T | Sold (part) | 02/10/15 | J | D | |
| 129. -Sector Rotation Account | D | Int./Div. | L | T | | | | | |
| 130. Walgreen Co Corporate Bond | A | Interest | | | Matured | 03/13/15 | J | A | |
| 131. Kellogg Company Corporate Bond | A | Interest | | | Matured | 05/15/15 | J | A | |
| 132. Conagra Foods Inc. Corporate Bond | A | Interest | | | Matured | 09/10/15 | J | A | |
| 133. Apple Inc Corporate Bond | A | Interest | J | T | | | | | |
| 134. Verizon Communications Corporate Bond | A | Interest | J | T | | | | | |
| 135. -ILF | A | Int./Div. | | | Sold | 11/23/15 | J | A | |
| 136. -DIA | A | Int./Div. | J | T | Sold (part) | 02/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -FEZ | A | Int./Div. | J | T | Sold (part) | 02/10/15 | J | A | |
| 138. -MDY | A | Int./Div. | J | T | | | | | |
| 139. -SPY | A | Int./Div. | J | T | Sold (part) | 02/10/15 | J | B | |
| 140. -VGK | A | Int./Div. | J | T | Sold (part) | 02/10/15 | J | A | |
| 141. -VPL | A | Int./Div. | J | T | Sold (part) | 02/10/15 | J | A | |
| 142. -EWJ | A | Int./Div. | J | T | | | | | |
| 143. -MCD | A | Dividend | K | T | | | | | |
| 144. -NKE | A | Dividend | J | T | Sold (part) | 02/10/15 | J | B | |
| 145. -EWS (Y) | | | | | | | | | |
| 146. -EWY (Y) | | | | | | | | | |
| 147. -IJR (Y) | | | | | | | | | |
| 148. -EWU (Y) | | | | | | | | | |
| 149. US Treasury Bills | A | Interest | | | Matured | 04/02/15 | K | A | |
| 150. Occidental Petroleum Corp corporate bond | A | Interest | J | T | | | | | |
| 151. Caterpillar Financial corporate bond | A | Interest | J | T | | | | | |
| 152. Proctor & Gamble corporate bond | A | Interest | J | T | | | | | |
| 153. 3M Company corporate bond | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Walt Disney Company corporate bond | A | Interest | J | T | | | | | |
| 155. -BAC | A | Dividend | J | T | Sold (part) | 02/10/15 | J | A | |
| 156. -DOW | A | Dividend | | | Sold | 12/28/15 | K | A | |
| 157. -CALL CVX 1/17/15 | | None | | | Closed | 01/16/15 | J | B | |
| 158. Bank of Montreal Corporate Bond | A | Interest | J | T | Buy | 04/15/15 | J | | |
| 159. JP Morgan Chase & Co Corporate Bond | A | Interest | J | T | Buy | 11/02/15 | J | | |
| 160. Home Depot Inc. Corporate Bond | A | Interest | J | T | Buy | 03/26/15 | J | | |
| 161. US Bancorp Corporate Bond | A | Interest | J | T | Buy | 02/13/15 | J | | |
| 162. Microsoft Corp Corporate Bond | A | Interest | J | T | Buy | 02/10/15 | J | | |
| 163. John Deere Capital Corp Corporate Bond | A | Interest | J | T | Buy | 04/16/15 | J | | |
| 164. Wal-Mart Stores Inc Corporate Bond | A | Interest | J | T | Buy | 03/23/15 | J | | |
| 165. Ally Bk Midvale UT CD | A | Interest | J | T | Buy | 04/24/15 | J | | |
| 166. -JSOSX | A | Int./Div. | K | T | Buy | 11/10/15 | K | | |
| 167. -AAPL | A | Dividend | J | T | Buy | 10/05/15 | J | | |
| 168. - MET | A | Dividend | J | T | Buy | 09/23/15 | K | | |
| 169. -CALL UNH 3/18/16 | | None | | | Open | 03/09/15 | J | | |
| 170. | | | | | Closed | 11/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -CALL MSFT 2/19/16 | | None | J | T | Open | 11/16/15 | J | | |
| 172. -CALL NKE 4/15/16 | | None | J | T | Open | 12/03/15 | J | | |
| 173. -CALL NKE 1/15/16 | | None | J | T | Open | 12/03/15 | J | | |
| 174. -CALL DIS | | None | | | Closed | 02/18/15 | J | A | |
| 175. -CALL DIS | | None | | | Closed | 03/19/15 | J | A | |
| 176. -CALL MCD 6/17/16 | | None | J | T | Open | | J | | |
| 177. -Eli Lilly & Co | A | Dividend | | | Buy | 02/10/15 | J | | |
| 178. | | | | | Sold | 07/17/15 | K | B | |
| 179. Trust #2 | D | Int./Div. | P1 | T | | | | | |
| 180. -Lake property Middlesec, NY, Yates County | E | Rent | O | W | | | | | |
| 181. MS Liquid Asset Fund | A | Int./Div. | K | T | | | | | |
| 182. -MUXAX | A | Dividend | K | T | | | | | |
| 183. -HME | B | Dividend | | | Sold | 10/08/15 | K | D | |
| 184. -XOM | B | Dividend | K | T | | | | | |
| 185. -EMN | A | Dividend | J | T | | | | | |
| 186. -Goldman Sacs Group Corporate Bond | A | Interest | | | Matured | 01/12/15 | J | A | |
| 187. -EWU | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -EWJ | A | Int./Div. | J | T | | | | | |
| 189. -IWR | A | Int./Div. | K | T | Buy (add'l) | 12/03/15 | J | | |
| 190. -IJH | A | Int./Div. | K | T | Buy (add'l) | 12/03/15 | J | | |
| 191. -IWM | A | Int./Div. | J | T | | | | | |
| 192. -IJR | A | Int./Div. | K | T | | | | | |
| 193. -EWS | A | Int./Div. | J | T | | | | | |
| 194. -DIA | A | Int./Div. | K | T | Buy (add'l) | 12/03/15 | J | | |
| 195. US Treasury Notes | A | Interest | | | Sold | 07/14/15 | J | A | |
| 196. Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 197. -EWY | A | Int./Div. | J | T | | | | | |
| 198. -Proctor & Gamble Co | A | Interest | | | Matured | 12/15/15 | J | A | |
| 199. -E.I. Du Pont De Nemours | A | Interest | J | T | | | | | |
| 200. -JSOSX | A | Int./Div. | J | T | | | | | |
| 201. -MDY | A | Int./Div. | J | T | | | | | |
| 202. -EEM | A | Int./Div. | J | T | | | | | |
| 203. -IWF | A | Int./Div. | J | T | | | | | |
| 204. -IWD | A | Int./Div. | J | T | Buy (add'l) | 12/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -IWO | A | Int./Div. | J | T | | | | | |
| 206.  -IWN | A | Int./Div. | J | T | | | | | |
| 207.  -IJK | A | Int./Div. | J | T | | | | | |
| 208.  -IJJ | A | Int./Div. | J | T | | | | | |
| 209.  -SPY | A | Int./Div. | K | T | Buy (add'l) | 12/03/15 | J | | |
| 210.  -FXY | A | Int./Div. | J | T | | | | | |
| 211.  Walgreen Co corporated bond | A | Interest | | | Matured | 03/13/15 | J | A | |
| 212.  Kellogg Company corporate bond | A | Interest | | | Matured | 05/15/15 | J | A | |
| 213.  Conagra Foods Inc corporate bond | A | Interest | | | Matured | 09/10/15 | J | A | |
| 214.  Apple Inc corporate bond | A | Interest | J | T | | | | | |
| 215.  Verizon Communications corporate bond | A | Interest | J | T | | | | | |
| 216.  -FNX | A | Int./Div. | J | T | | | | | |
| 217.  -ILF | A | Int./Div. | | | Sold | 11/23/15 | J | A | |
| 218.  -FEZ | A | Int./Div. | J | T | | | | | |
| 219.  -VGK | A | Int./Div. | J | T | | | | | |
| 220.  -VPL | A | Int./Div. | K | T | | | | | |
| 221.  Walt Disney corporate bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. 3M Company corporate bond | A | Interest | J | T | | | | | |
| 223. Proctor & Gamble Company corporate bond | A | Interest | J | T | | | | | |
| 224. Occidental Petroleum Corp corporate bond | A | Interest | J | T | | | | | |
| 225. Caterpillar Financial corporate bond | A | Interest | J | T | | | | | |
| 226. Home Depot Inc. Corporate Bond | A | Interest | J | T | Buy | 03/26/15 | J | | |
| 227. US Bancorp Corporate Bond | A | Interest | J | T | Buy | 02/13/15 | J | | |
| 228. Microsoft Corp Corporate Bond | A | Interest | J | T | Buy | 02/10/15 | J | | |
| 229. Wal-Mart Stores Inc. Corporate Bond | A | Interest | J | T | Buy | 03/23/15 | J | | |
| 230. Toyota Motor Credit Corp Corporate Bon | A | Interest | J | T | Buy | 12/08/15 | J | | |
| 231. DMB CMNTY BK DEFOREST WIS CD | A | Interest | J | T | Buy | 12/30/15 | J | | |
| 232. -Elfriede H. Davis - amounts due on maintenance of lake house property | A | Interest | J | T | | | | | |
| 233. Trust #3 | | | N | T | | | | | |
| 234. -Morgan Stanley cash | A | Interest | N | T | Open | 09/15/15 | K | | |
| 235. | | | | | | 10/02/15 | P1 | | |
| 236. Trust #4 | | | O | T | | | | | |
| 237. -Morgan Stanley cash | A | Interest | K | T | Open | 09/15/15 | K | | |
| 238. -EMN (X) | A | Dividend | J | T | | 09/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -FE (X) | A | Dividend | J | T | | 09/15/15 | J | | |
| 240.  -PEP (X) | A | Dividend | J | T | | 09/15/15 | J | | |
| 241.  -YUM (X) | A | Dividend | J | T | | 09/15/15 | J | | |
| 242.  -Everflow Eastern Partners, LP (X) | A | Distribution | L | W | | | | | |
| 243.  -residential property Pittsford, NY, Monroe County (X) | | None | N | W | | | | | |
| 244.  -residential property Delray Beach, FL, Palm Beach County (X) | | None | N | W | | | | | |
| 245.  -Daisy Davis note (X) | A | Interest | K | T | | | | | |
| 246.  -Charles M. Davis note (X) | A | Interest | K | T | Matured | 11/30/15 | K | A | Charles M. Davis |
| 247.  Canadaigua National Bank (X) | A | Interest | J | T | | | | | |
| 248.  Morgan Stanley cash (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: I serve as a Co-trustee on two trusts (Trust #1 and Trust #2) with my two brothers. The trusts were established as part of my late father's estate and are for the benefit of my mother. We review the status of the trusts annually to assure they meet my mother's financial needs. My brothers and I have waived our right to receive our lawful commission from the trusts. The balance of these trusts will now go to the seven children equally, including myself, as a result of her passing in July 2015.

I serve as a Co-trustee on Trust #3 with one of my brothers. My position as co-trustee occured upon my mother's passing in July 2015. The assets of the trust will be collected and distributed to her seven children equally, including myself. My brother and I have waived our right to receive our lawful commission from the trust.

I serve as Co-trustee on Trust #4 with one of my brothers. My position as co-trustee occured upon my mother's passing in July 2015 when the trust became irrevocable. The assets of the trust will be monitored and disposed of by the trustees and the balance will be distributed equally to her seven children, including myself. My brother and I have waived our right to receive our lawful commission from the trust.

I serve as Co-executor of my late mother's estate with one of my brothers. We are in the process of gathering information and data for the estate and a full accounting of its assets and liabilities is not available at this time. My brother and I have waived our right to any fees we may be entitled to from the estate.

PART VII:

Line 90 indicates the aggregate total for Trust #1. All of the information listed in lines 91 through 178 are the holdings for this trust.

The Sector Rotation Account at Line 129 is an account that buys stocks in Sector Rotation style for Trust #1. All stocks within the Trust have been disclosed in Part VII.

Line 179 indicates the aggregate total for Trust #2. All of the information listed in lines 180 through 232 are the holdings for this trust.

Line 233 indicates the aggregate total for Trust #3. All of the information listed in line 234 through 235 are the holdings for this trust. Line 235 reflects receipt of insurance proceeds.

Line 236 indicates the aggregate total for Trust #4. All of the information listed in lines 237 through 246 are the holdings for this trust.

Line 247 and 248 are assets of the estate.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544